Roger Martindell
Attorney at law   # 025391978
245 Nassau Street
Princeton, NJ 08540
609-921-3355
609-921-9345 (fax)
martindell.law@gmail.com

*Attorney for Plaintiff*

---

| | |
|---|---|
| **ALFREDO MONTEROSO,** and all similarly situated present and former employees of the defendants herein, pursuant to N.J.S.A. 34:11-56a25 and 29 U.S.C. § 216(b), | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> Case No. 3:20-cv-16270 |
| Plaintiffs, | Civil Action |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PUSUANT TO FRCP 41(a)(1)(A)(i)** |
| **ANDREW H. PHILBRICK d/b/a HUNTER FARMS, PRINCETON SHOW JUMPING LLC, PRINCETON YOUNG JUMPER CHAMPIONSHIPS INC., PRINCETON SHOW JUMPING CHARITIES INC., PRINCETON SHOW JUMPING LUNCHEON BENEFIT INC., and JOHN DOE ## 1-5 AND JANE DOE ## 1-5**, jointly, severally, and individually, | |
| Defendants. | |

---

The above-named plaintiff hereby give notice of voluntary dismissal of their Complaint, without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Defendants have not filed an answer or motion for summary judgment as of this time. In support of this notice, plaintiff relies on Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: November 23, 2020

Respectfully Submitted,

*/s/ Roger Martindell*

_____
Roger Martindell
*Attorney for Plaintiff*

**So Ordered this** 24th **day of November, 2020.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**

2